1  David C. Parisi (SBN 162248)
   dcparisi@parisihavens.com
2  Suzanne Havens Beckman (SBN 188814)
   shavens@parisihavens.com
3  PARISI & HAVENS LLP
   15233 Valleyheart Drive
4  Sherman Oaks, CA 91403
   (818) 990-1299
5
   *Attorneys for Plaintiff Michael Rossell*
6

7

8

9                      UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | MICHAEL ROSSELL, individually and on behalf of a class of similarly situated individuals, | Case No. 12-cv-04098-SBA |
|----|---|---|
| 13 | | **JOINT STIPULATION AND ORDER OF DISMISSAL** |
| 14 | Plaintiff, | |
| 15 | v. | CLASS ACTION |
| 16 | THE WEATHER CHANNEL, LLC, a Georgia limited liability company, | Complaint Filed: August 2, 2012 |
| 17 | | |
| 18 | Defendant. | |

19       Plaintiff Michael Rossell ("Plaintiff") and Defendant The Weather Channel, LLC

20 ("Defendant"), pursuant to Civil Local Rule 7-12 and Federal Rule of Civil Procedure 41(a), hereby

21 stipulate as follows:

22       1.   On August 2, 2012, Plaintiff filed his Class Action Complaint against Defendant.

23       2.   On September 17, 2012, pursuant to stipulation by the Parties, the Court entered an

24 Order staying this matter until the Federal Communication Commission ("FCC") ruled on a petition

25 that addressed the issue central to this case. (Dkt. 14.)

26       3.   On November 29, 2012, the FCC ruled on the petition and found that, with

27 exceptions, "confirmatory" text messages do not violate the Telephone Consumer Protection Act

28 ("TCPA").

4.     The Parties agree that this matter should now be dismissed.

NOW, THEREFORE, the Parties hereby stipulate and agree that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this entire action shall be, and is, dismissed, with each party to bear its own fees and costs.

IT IS SO STIPULATED.

Dated: December 11, 2012                    PARISI & HAVENS LLP

                                            s/David C. Parisi
                                            David C. Parisi

                                            *Attorneys for Plaintiff Michael Rossell*

Dated: December 11, 2012                    COOLEY LLP

                                            s/Matthew D. Brown
                                            Matthew D. Brown

                                            *Attorneys for Defendant*
                                            *The Weather Channel, LLC*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 13, 2012

                                            Hon. Saundra Brown Armstrong
                                            United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28